```
                              FILED
                      CLERK, U.S. DISTRICT COURT

                           MAY - 5 2010

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TIMOTHY DANE AGUIRRE, | Case No. EDCV 09-01744 GW (AN) |
| Petitioner, | **ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| G.A. NEOTTI, WARDEN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections to the R&R (dkt. # 9), which he refers to as his opposition to the R&R, *de novo*. IT IS ORDERED that:

1. The Court finds Petitioner's Objections to the R&R lack merit. Accordingly, the Objections are overruled, and the R&R is approved and adopted.
2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.
3. Any and all other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

DATED: May 3, 2010

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE