JS-6 / ENTERED

FILED
CLERK, U.S. DISTRICT COURT
MAY - 5 2010
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TIMOTHY DANE AGUIRRE,<br><br>    Petitioner,<br><br>v.<br><br>G.A. NEOTTI, WARDEN,<br><br>    Respondent. | Case No. EDCV 09-01744 GW (AN)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED AND DECREED THAT the petition for a writ of habeas corpus is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation ("R&R") and the Court's accompanying Order Approving and Adopting the R&R.

DATED: May 3, 2010

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 6 2010
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY